UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV22-09048 JAK (Ex) | Date | March 6, 2023 |
| Title | Robert Pearson v. Sprouts Farmers Market, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson-Terrell | Wil Wilcox |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nathan Soleimani | Lauren Kim |

**Proceedings:** **MOTION TO REMAND TO STATE COURT (DKT. 16)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand to State Court at Dkt. 16 (the "Motion"). Counsel address the Court. The Court **DENIES** the Motion, with a more detailed ruling to be issued.

The Court confers with counsel regarding settlement discussions.

**IT IS SO ORDERED.**

|  | : | 19 |
|---|---|---|
| Initials of Preparer | TJ | |