# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT PEARSON, <br><br> Plaintiff, <br><br> v. <br><br> SPROUTS FARMERS MARKET, LLC, a Limited Liability Company; AND DOES 1-20 Inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-09048-JAK (Ex) <br><br> (Assigned to John A. Kronstadt and Magistrate Judge Charles F. Eick <br><br> [~~PROPOSED~~] ORDER RE STIPULATION AND PROTECTIVE ORDER <br><br> Complaint Filed:  March 25, 2022 <br> Trial Date: None |

## ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: 7/5/23                           /S/ CHARLES F. EICK
                                        Magistrate Judge Charles F. Eick

1
**[~~PROPOSED~~] ORDER RE STIPULATION AND PROTECTIVE ORDER**